**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SHERITA SMITH** **PLAINTIFF**

**v.** **No. 4:25-cv-1066-DPM**

**UAMS HOSPTIAL** **DEFENDANT**

**ORDER**

**1.** Smith's application to proceed *in forma pauperis*, *Doc. 1*, is granted. She reports living on disability income and having one dependent.

**2.** The Court must screen Smith's complaint, *Doc. 2*. 28 U.S.C. § 1915(e)(2). She says UAMS denied her accommodations and fired her. Smith says she filed a charge of discrimination with the EEOC and received a right-to-sue letter on 15 July 2025. She doesn't attach the papers and gives no other details.

Smith hasn't stated a solid claim under the Americans with Disabilities Act or Title VII. She doesn't explain why she believes she was discriminated against. And Smith hasn't identified her job, what accommodations she needed, or who denied her requests. The Court needs more information.

**3.** Smith must file an amended complaint with more details by 1 December 2025. If she doesn't, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

**4.** Smith's motion to appoint counsel, *Doc. 3*, is denied without prejudice. This case is young, and the law and facts here aren't so complex as to warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 October 2025