IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHERITA JAMIR SMITH                                              PLAINTIFF

v.                               No. 4:25-cv-1066-DPM

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS, d/b/a University
of Arkansas for Medical Sciences                                 DEFENDANT

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025