IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHERITA JAMIR SMITH                                        PLAINTIFF

v.                              No. 4:25-cv-1066-DPM

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS, d/b/a
University of Arkansas for Medical
Science                                                    DEFENDANT

ORDER

Smith moves to amend this Court's Judgment. Fed. R. Civ. P. 59(e). The Court stands by its ruling. UAMS couldn't accommodate Smith's request for six-hour shifts. *Doc. 6 at 18–20.* It explained that an eight-hour shift was an essential function of her position. *Doc. 6 at 19.* Because Smith couldn't perform this essential function of her job, she didn't state a claim. *Hatchett v. Philander Smith College*, 251 F.3d 670, 674–75 (8th Cir. 2001).

Motion, *Doc. 12*, denied. The Court denies Smith's embedded request for leave to amend; it would be futile. *Zutz v. Nelson*, 601 F.3d 842, 852 (8th Cir. 2010).

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____ 10 February 2026